## Juanita Grotfeldt, Appellant, v. William F. Grotfeldt, Appellee.

**Gen. No. 9,404.** 

 Heard in this court at the February term, 1944; opinion filed February 29, 1944. C. E. Tate and James L. Capel, for appellant; Billy Wiese, of counsel; Harry E. Kerker, for appellee. Opinion by JUSTICE HAYES. **Not to be published in full.**

## William S. Vrooman, Appellant, v. E. J. Hawbaker, Appellee.

**Gen. No. 9,411.** 

 Heard in this court at the February term, 1944; opinion filed February 29, 1944. Dwight H. Doss, for appellant; E. J. Hawbaker, *pro se.* Opinion by JUSTICE HAYES. **Not to be published in full.**